RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL

*Via ECF*

December 16, 2019

Conference Adjourned
From: 1/6/2020
To: January 9, 2020 at 10:30 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 12-16-19

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

Re: *Dame Products v. The Metropolitan Transportation Authority, et al.*,
Case No.: 19 Civ. 05649 (PKC)

Dear Judge Castel:

Today, the Court adjourned the scheduled December 20, 2019 initial pretrial conference until January 6, 2020 at 11:15 a.m. Plaintiff respectfully requests an adjournment of the initial pretrial conference until January 8, 2020; January 9, 2020 before 12:00 p.m. or after 3:00 p.m.; January 10, 2020; or another date that is convenient for the Court.

Plaintiff requests this adjournment because, pursuant to an Order of December 3, 2019, undersigned counsel is scheduled to appear before the Honorable Vincent L. Briccetti in White Plains, New York on January 6, 2020 at 11:00 a.m. for a preliminary conference in another matter. Defendants consent to Plaintiff's request for an adjournment, and counsel for all parties are available on the dates listed above. There have been no prior requests for an adjournment of the initial pretrial conference.

Plaintiff thanks the Court for its attention to this matter.

Respectfully submitted,
/s/
Emma L. Freeman

c. All Counsel of Record (via ECF)