Case 1:19-cv-05649-PKC    Document 53    Filed 03/17/21    Page 1 of 2

# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DIANE L. HOUK

EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
MARISSA BENAVIDES
NICK BOURLAND
ANDREW K. JONDAHL
ANANDA BURRA
MAX SELVER
VIVAKE PRASAD
NOEL R. LEÓN

March 17, 2021

*Via ECF*

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

[Handwritten: Application GRANTED. SO ORDERED. /s/ P. Kevin Castel, USDJ 3-17-21]

    Re:    *Dame Products v. The Metropolitan Transportation Authority, et al.*,
                Case No. 19 Civ. 05649 (PKC)

Your Honor:

        We represent Plaintiff Dame Products in the above-captioned matter. We write jointly with counsel for Defendants to respectfully request an extension of time from March 19, 2021 to April 9, 2021 for the parties to file pre-motion letters in anticipation of moving for summary judgment. No previous request for an extension of this deadline has been made. The next Court conference is scheduled for March 24, 2021.

        The parties request an extension to allow them to focus on meaningful and ongoing settlement discussions. The parties are in the midst of exchanging settlement proposals and counter-proposals, which has proven to be a time consuming process. Rather than devote time and expense to laying out their summary judgment positions at this point, the parties believe it would be more productive for them to focus on their settlement conversations to determine whether this matter can be resolved.

        In addition, expert discovery is still ongoing. Plaintiff has served its expert reports, and Defendants are in the process of preparing theirs. Expert depositions are scheduled to take place at the end of April, in advance of the April 30, 2021 deadline for expert discovery. Extending the pre-motion letter deadline will give the parties greater clarity about each other's respective experts, allowing the parties to better tailor their summary judgment arguments to the record.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

      The parties therefore respectfully request that the Court extend the deadline to file pre-motion letters in anticipation of moving for summary judgment from March 19, 2021 to April 9, 2021.

                                        Respectfully submitted,

                                                      /s

                                        Richard D. Emery
                                        Samuel Shapiro
                                        Emma L. Freeman

c.       All counsel of record, *via ECF*