# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | ATTORNEYS AT LAW | |
|---|---|---|
| RICHARD D. EMERY | 600 FIFTH AVENUE AT ROCKEFELLER CENTER | DIANE L. HOUK |
| ANDREW G. CELLI, JR. | 10TH FLOOR | |
| MATTHEW D. BRINCKERHOFF | NEW YORK, NEW YORK 10020 | EMMA L. FREEMAN |
| JONATHAN S. ABADY | | DAVID BERMAN |
| EARL S. WARD | | HARVEY PRAGER |
| ILANN M. MAAZEL | TEL: (212) 763-5000 | SCOUT KATOVICH |
| HAL R. LIEBERMAN | FAX: (212) 763-5001 | MARISSA BENAVIDES |
| DANIEL J. KORNSTEIN | www.ecbawm.com | NICK BOURLAND |
| O. ANDREW F. WILSON | | ANDREW K. JONDAHL |
| KATHERINE ROSENFELD | | ANANDA BURRA |
| DEBRA L. GREENBERGER | | MAX SELVER |
| ZOE SALZMAN | | VIVAKE PRASAD |
| SAM SHAPIRO | | NOEL R. LEÓN |

July 12, 2021

*Via ECF*

> Telephone conference is adjourned from July 19, 2021 to September 10, 2021 at 9:30 a.m.  Call-In: 1-888-363-4749; Access Code: 3667981.
> SO ORDERED.
> Dated: 7/13/2021
>
> P. Kevin Castel
> United States District Judge

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

    Re: *Dame Products v. The Metropolitan Transportation Authority, et al.*,
       Case No. 19 Civ. 05649 (PKC)

Your Honor:

    We represent Plaintiff Dame Products in the above-captioned matter. We write jointly with counsel for Defendants to respectfully request an adjournment of the telephone conference scheduled for July 19, 2021 at 12:30 p.m. (*see* Dkt. No. 59) until after August 23, 2021. This is the parties' first request for an adjournment of this telephone conference.

    On July 9, 2021, the Court granted the parties' joint request for a 45-day stay of all discovery through August 23, 2021 due to the parties' continued work on settlement negotiations (*see* Dkt. No. 63). In light of that stay, the parties now request that the July 19, 2021 conference be adjourned until after August 23, 2021. Along with their joint status update submitted on or before August 23, 2021, the parties will alert the Court by that date whether a status conference would be productive.

              Respectfully submitted,

               /s
               Richard D. Emery
               Samuel Shapiro
               Emma L. Freeman

c.  All counsel of record, *via ECF*