# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

| | | |
|---|---|---|
| RICHARD D. EMERY<br>ANDREW G. CELLI, JR.<br>MATTHEW D. BRINCKERHOFF<br>JONATHAN S. ABADY<br>EARL S. WARD<br>ILANN M. MAAZEL<br>HAL R. LIEBERMAN<br>DANIEL J. KORNSTEIN<br>O. ANDREW F. WILSON<br>KATHERINE ROSENFELD<br>DEBRA L. GREENBERGER<br>ZOE SALZMAN<br>SAM SHAPIRO | ATTORNEYS AT LAW<br>600 FIFTH AVENUE AT ROCKEFELLER CENTER<br>10TH FLOOR<br>NEW YORK, NEW YORK 10020<br><br>TEL: (212) 763-5000<br>FAX: (212) 763-5001<br>www.ecbawm.com | DIANE L. HOUK<br><br>EMMA L. FREEMAN<br>DAVID BERMAN<br>HARVEY PRAGER<br>SCOUT KATOVICH<br>MARISSA BENAVIDES<br>NICK BOURLAND<br>ANDREW K. JONDAHL<br>ANANDA BURRA<br>MAX SELVER<br>VIVAKE PRASAD<br>NOEL R. LEÓN |

August 23, 2021

*Via ECF*

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007

    Re: *Dame Products v. The Metropolitan Transportation Authority, et al.*,
      Case No. 19 Civ. 05649 (PKC)

Your Honor:

    We represent Plaintiff Dame Products in the above-captioned matter. We write jointly with counsel for Defendants to notify the Court that the parties have reached a final settlement agreement that resolves the entire pending litigation and completed all paperwork related thereto. The parties are currently in the process of gathering each signature necessary for execution. Plaintiff will thereafter submit a stipulation of dismissal pursuant to the terms of the settlement agreement.

                Respectfully submitted,
                   /s
                Richard D. Emery
                Samuel Shapiro
                Emma L. Freeman

c.  All counsel of record, *via ECF*